# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 269 EAL 2020

       Respondent                    :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

       v.                         :

JEROME JOHNSON,                 :

       Petitioner                       :


COMMONWEALTH OF PENNSYLVANIA,    :   No. 270 EAL 2020

       Respondent                    :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

       v.                         :

JEROME JOHNSON,                 :

       Petitioner                       :


COMMONWEALTH OF PENNSYLVANIA,    :   No. 271 EAL 2020

       Respondent                    :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

       v.                         :

JEROME JOHNSON,                 :

       Petitioner                       :

COMMONWEALTH OF PENNSYLVANIA,    :  No. 272 EAL 2020
                      Respondent    :

                                :  Petition for Allowance of Appeal
                                :  from the Order of the Superior Court
              v.                :

JEROME JOHNSON,            :

                      Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 18th day of November, 2020, the Petitions for Allowance of Appeal are **DENIED**.